UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 12-0606 CW |
| Plaintiff, | ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | ) | |
| DEKELTON LAROY BOYKINS, | ) | |
| Defendant. | ) | |

On February 19, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

> A Beretta Model 950 .25 caliber semiautomatic pistol bearing serial number G33625 and 10 rounds of Remington-Peters .25 caliber ammunition

("subject property").

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property is forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d)(1).

All right, title and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeiture property according to law.

IT IS SO ORDERED this 6th day of May, 2014.

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE